**FRANCIS MAILMAN SOUMILAS, P.C.**
James A. Francis (*pro hac vice*)
Lauren KW Brennan (*pro hac vice*)
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel. (215) 735-8600
Fax. (215) 940-8000

Attorneys for Plaintiff Shosha Kellman

*Additional attorneys on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSHA KELLMAN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>WFM PRIVATE LABEL, L.P., WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., and WHOLE FOODS MARKET DISTRIBUTION, INC.<br><br>   Defendants. | Case No. 17-cv-06584-LB<br><br>**JOINT STATUS REPORT** |

Plaintiff Shosha Kellman ("Plaintiff") and Defendants WFM Private Label, L.P. ("WFM Private Label"), Whole Foods Market California, Inc. ("WFM California) and Whole Foods Market Services, Inc. ("WFM Services" and collectively "Defendants") and by and through their counsel of record, state as follows:

1. The Parties previously filed a Stipulation to Vacate Deadlines in Light of Settlement in this matter, reporting to the Court on May 12, 2023 that they had reached an individual settlement in principle and proposing to report back on June 12, 2023. (ECF 214)

2. This Court approved the stipulation via its proposed Order (ECF 215) on May 15, 2023, and set a Status Conference set for July 13, 2023. The same order set an associated Status Report due July 6, 2023. The Parties read this docket text as superseding the proposal to provide a status report on June 12, 2023.

3. The agreement in principle for an individual settlement remains, and the Parties are engaging in continuing negotiations regarding the details of a settlement and reducing that agreement to writing.

4. Since the Parties did not provide a Status Report by June 12, 2023, this Court has re-set the July 13, 2023 hearing for October 19, 2023 (ECF 216, Clerk's Notice).

5. The Parties anticipate that they will file a stipulation of dismissal consistent with a fully negotiated individual settlement before October 19, 2023.

DATED: July 6, 2023

Respectfully submitted,

FRANCIS MAILMAN SOUMILAS, P.C.

By   */s/ James A. Francis*
     JAMES A. FRANCIS
     Attorneys for Plaintiff
     SHOSHA KELLMAN

BLAXTER | BLACKMAN LLP

DATED: July 6, 2023            By:      */s/ Brian R. Blackman*
                                         BRIAN R. BLACKMAN
                                         J.T. WELLS BLAXTER
                                         Attorneys for Defendant
                               WFM PRIVATE LABEL, LP, WHOLE FOODS
                               MARKET CALIFONRIA, INC. and WHOLE
                                  FOODS MARKET SERVICES, INC.

### **ATTESTATION**

I, James A. Francis, am the ECF User whose identification and password are being used to file this Joint Status Report. In compliance with Civil L.R. 5-1(i)(3), I attest that Brian Blackman has concurred in this filing.

                                              */s/ James A. Francis*
                                              JAMES A. FRANCIS