UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SHOSHA KELLMAN, <br><br> Plaintiff, <br><br> v. <br><br> WHOLE FOODS MARKET CALIFORNIA, INC., et al., <br><br> Defendants. | Case No. 17-cv-06584-LB <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Re: ECF No. 217 |

The parties have settled the case and promise a dismissal by 10/19/2023.[1] In light of that, the court orders that the case be dismissed without prejudice. If any party certifies to the court within ninety days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after ninety days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: September 21, 2023

LAUREL BEELER
United States Magistrate Judge

---

[1] Status Report – ECF No. 217. Citations refer to material in the Electronic Case File (ECF).

ORDER – No. 17-cv-06584-LB